AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of Massachusetts

FILED
OFFICE

2004 MAR -9  P 12: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

DIRECTV, Inc.

V.

Kevin Fischer

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04-40009 

**TO:** (Name and address of Defendant)

Kevin Fischer
28 Lilly Drive
Leominster, MA 01453

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

_____
CLERK

_Sherry Jones_
(By) DEPUTY CLERK

2-2-04
DATE

✎AO 440  (Rev. 10/93)  Summons in a Civil Action

## RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*                                    03/03/2004

I hereby certify and return that on 03/01/2004 at 05:00pm I served a true and attested copy of the Summons & Complaint for Compensatory, Statutory & Other Damages & Injunctive Relief for Violations of Title 47 U.S.C. Sec. 605, Title 17 U.S.C. Sec. 1201-1205, Title 18 U.S.C. Sec. 2510-2521 & M.G.L. Ch. 93A, Sec. 2 & Sec. 11, Civil Cover Sheet, Corporate Disclosure, Attachment in this action in the following manner:  To wit, by leaving at the last and usual place of abode of KEVIN FISCHER at 28 LILLY DR, LEOMINSTER, MA and by mailing first class mail to the above address on 03/03/2004.  Fees:  Service 20.00, Travel 23.60, Conveyance 3.00, Attest 10.00 & Postage and Handling 3.00 Total Fees: $59.60

Deputy Sheriff James T Connolly Jr.

_____
**Deputy Sheriff**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                     Date                        Signature of Server

                                       _____
                                       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.