UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Central Division)

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: 04-cv-40009FDS |
| ) | |
| Plaintiff, ) | |
| ) | **SUBSTITUTE APPEARANCE** |
| vs. ) | |
| ) | |
| Kevin Fischer ) | |
| ) | |
| ) | |
| _____ ) | |

To the Court and all parties of record:

    The undersigned, Attorney John M. McLaughlin, counsel for the Plaintiff, has recently been made a Partner in the firm of Green, Miles, Lipton & Fitz-Gibbon. Accordingly, please enter my appearance as counsel for the Plaintiff with my new contact information in this action. This appearance is in lieu of and in substitution of my contact information now on the docket.

                                             Respectfully Submitted for DIRECTV, Inc.
                                             By Its Attorney,

_9/9/04_
Date

                                             John M. McLaughlin
                                             **Green, Miles, Lipton & Fitz-Gibbon**
                                             P.O. Box 210
                                             77 Pleasant Street, Northampton, MA 01061-0210
                                             Phone 413-586-8218
                                             Direct line 413-586-0865
                                             Fax 413-584-6278

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this __9__ day of __Sept__, 2004, a copy of the foregoing was sent via first class mail to:

Kevin Fischer
28 Lilly Drive
Leominster, MA  01453


Todd J. Bennett
Corrigan & Bennett
404 Main Street
Wilmington, MA  01887

_____
John M. McLaughlin, Esq.