UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (CENTRAL DIVISION)

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>KEVIN FISCHER<br><br>    Defendants. | No. 04-40009 FDS<br><br>STIPULATION AND ORDER OF DISMISSAL RE KEVIN FISCHER |

The matter in difference in the above entitled action having been amicably adjusted by and between Plaintiff DIRECTV, Inc. and Defendant Kevin Fischer pursuant to *Fed. R. Civ. P.* 41(a)(1)(ii), it is hereby stipulated and agreed that the same be and hereby is dismissed without costs against either party, with prejudice, as to Defendant Kevin Fischer, , except that the Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

///
///
///
///

      DATED: October ___, 2004.

Presented by:

By _____
John M. McLaughlin (BBO No. 556328)
Green, Miles, Lipton & Fitz-Gibbon,
77 Pleasant Street
P.O. Box 210
(413) 586-0865
(413) 584-6278 (Fax)

Attorneys for Plaintiff DIRECTV

By:_____
Kevin Fischer
28 Lilly Drive
Leominster, MA 01453

Defendant Kevin Fischer

**IT IS SO ORDERED.**

DATED: _____, 2004.

_____
United States District Court Judge