UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (CENTRAL DIVISION)

DIRECTV, INC., a California corporation,

Plaintiffs,

v.

KEVIN FISCHER

Defendants.

No. 04-40009 FDS

STIPULATION AND ORDER OF
DISMISSAL RE KEVIN FISCHER

The matter in difference in the above entitled action having been amicably adjusted by and between Plaintiff DIRECTV, Inc. and Defendant Kevin Fischer pursuant to *Fed. R. Civ. P.* 41(a)(1)(ii), it is hereby stipulated and agreed that the same be and hereby is dismissed without costs against either party, with prejudice, as to Defendant Kevin Fischer, , except that the Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

///

///

///

///

DATED: October ___, 2004.

Presented by:

By _____
John M. McLaughlin (BBO No. 556328)
Green, Miles, Lipton & Fitz-Gibbon,
77 Pleasant Street
P.O. Box 210
(413) 586-0865
(413) 584-6278 (Fax)

Attorneys for Plaintiff DIRECTV

By: _____
Kevin Fischer
28 Lilly Drive
Leominster, MA 01453

Defendant Kevin Fischer

**IT IS SO ORDERED.**

DATED: July 18, 2005

_____
United States District ~~Court~~ Judge